# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### (SOUTHERN DIVISION)

| | |
|---|---|
| **SANGITA BHAGAT,** | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: |
| | )   2:17-CV-1139 KOB |
| | ) |
| **EQUIFAX INFORMATION** | ) |
| **SERVICES, INC., et al.,** | ) |
|     Defendants, | ) |

## PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT COMENITY BANK (ONLY)

Plaintiff Sangita Bhagat ("Plaintiff"), by and through her undersigned counsel, hereby respectfully notifies the court that Plaintiff and Defendant Comenity Bank (only) have settled their dispute in principle. Once the settlement documents are finalized, said parties intend to file a Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

*/s/ Micah S. Adkins*
Micah S. Adkins (ASB-8639-I48A)
**THE ADKINS FIRM, P.C.**
2 Perimeter Park South
Suite 405 E
Birmingham, AL  35243
Telephone:  205.206.6718
Facsimile:   205.208.9632
Email:   MicahAdkins@ItsYourCreditReport.com
*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on August 31, 2017, I filed the foregoing paper using the CMECF System, which will send electronic notification of the same to the following counsel of record:

L. Jackson Young, Jr.
Ferguson, Frost, Moore & Young, LLP
1400 Urban Center Drive, Suite 200
Birmingham, AL  35242

Matthew W. Robinett
Norman, Wood, Kendrick & Turner
Ridge Park Place, Ste. 3000
1130 22nd Street South
Birmingham, AL 35205

Zachary D. Miller
Burr & Forman, LLP
511 Union Street, Ste. 2300
Nashville, TN 37219

Kirkland E. Reid
Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602

Jonathan M. Marmo
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222

R. Frank Springfield
Ryan S. Rummage
Burr & Forman, LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203

                */s/ Micah S. Adkins*
                Micah S. Adkins