FILED
2017 Oct-25  PM 05:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**SANGITA BHAGAT,**

      **Plaintiff,**

**v.**

**EQUIFAX INFORMATION
SERVICES, INC., EXPERIAN
INFORMATION SOLUTIONS,
INC, TRANSUNION LLC,
COMENITY BANK, AND
SYNCHRONY BANK,**

      **Defendants.**

**CASE NO. 2:17-cv-01139-KOB**

---

## JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT COMENITY BANK (ONLY)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Sangita Bhagat ("Plaintiff") and defendant Comenity Bank ("Comenity"), hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, her claims asserted against Comenity in the above-styled action, with said parties to bear their own attorney's fees, costs and expenses. This Joint Stipulation of Dismissal does not impact any of the other defendants to this action.

30580947 v1

Respectfully submitted this 18th day of October, 2017.

Micah S. Adkins (ASB-8639-I48A)
The Adkins Firm, P.C.
2 Perimeter Park South
Suite 405 E
Birmingham, AL 35243
Telephone: (205) 206-6718
Facsimile: (205) 208-9632
Email:
MicahAdkins@ItsYourCreditReport.com
*Counsel for Plaintiff*


Zachary D. Miller (MIL135)
BURR & FORMAN LLP
511 Union Street, Suite 2300
Nashville, TN 37219
Telephone: (615) 724-3216
Facsimile: (615) 724-3316
zmiller@burr.com


R. Frank Springfield (SPR024)
BURR & FORMAN LLP
420 N. 20th St., Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 244-5707
fspringf@burr.com
*Attorneys for Defendant Comenity Bank*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following counsel of record by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, facsimile, or e-mail on this the 18th day of October, 2017:

L. Jackson Young, Jr.
Ferguson, Frost, Moore & Young, LLP
1400 Urban Center Drive, Suite 200
Birmingham, AL 35242

Matthew W. Robinett
Norman, Wood, Kendrick & Turner
Ridge Park Place, Ste. 3000
1130 22nd Street South
Birmingham, AL 35205

Kirkland E. Reed
Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602

Jonathan M. Marmo
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222

R. Frank Springfield
Ryan S. Rummage
Burr & Forman, LLP
420 North 20th St.
Suite 2300
Birmingham, AL 35203

/s/ Micah S. Adkins
Micah S. Adkins