# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SANGITA BHAGAT, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: |
| ) | 2:17-CV-1139 KOB |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES, INC., et al., ) | |
|     Defendants. ) | |

## PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT TRANSUNION LLC (ONLY)

Plaintiff Sangita Bhagat ("Plaintiff") hereby notifies the court that Plaintiff and Defendant TransUnion LLC ("Trans Union") (ONLY) have reached a settlement in principal and are in the process of consummating the terms of the settlement agreement. Plaintiff expects to file a dismissal with prejudice of Trans Union on or before March 9, 2018.

Plaintiff's claims against the remaining defendants remain before the court.

    Respectfully submitted,

    */s/ Micah S. Adkins*
    Micah S. Adkins (ASB-8639-I48A)
    **THE ADKINS FIRM, P.C.**
    7100 Executive Center Drive, Suite 110
    Brentwood, Tennessee 37027
    Telephone:  (615) 370-9659
    Facsimile:   (615) 370-4099
    Email:   MicahAdkins@ItsYourCreditReport.com
    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on February 7, 2018, I filed the foregoing paper using the CMECF System, which will send electronic notification of the same to the following counsel of record:

L. Jackson Young, Jr.
Ferguson, Frost, Moore & Young, LLP
1400 Urban Center Drive, Suite 200
Birmingham, AL  35242

Kirkland E. Reid
Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602

Matthew W. Robinett
Norman, Wood, Kendrick & Turner
Ridge Park Place, Ste. 3000
1130 22nd Street South
Birmingham, AL 35205

*/s/ Micah S. Adkins*
Micah S. Adkins