UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
(SOUTHERN DIVISION)

| | |
|---|---|
| **SANGITA BHAGAT,** ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO.:** |
| ) | **2:17-CV-1139 KOB** |
| ) | |
| **EQUIFAX INFORMATION** ) | |
| **SERVICES, INC., et al.,** ) | |
|     Defendants, ) | |

## NOTICE OF SETTLEMENT

Plaintiff Sangita Bhagat ("Plaintiff") hereby notifies the court that Plaintiff and Defendant Equifax Information Services, Inc. ("Equifax") (ONLY) have reached a settlement in principal and are in the process of consummating the terms of the settlement agreement. Plaintiff expects to file a dismissal with prejudice of Equifax on or before May 23, 2018.

Plaintiff's claims against Defendant Experian Information Solutions, Inc. remain before the court.

Respectfully submitted,

*/s/ Micah S. Adkins*
Micah S. Adkins (ASB-8639-I48A)
**THE ADKINS FIRM, P.C.**
7100 Executive Center Drive, Suite 110
Brentwood, TN 37027
Telephone:  (615) 370-9659
Facsimile:   (615) 370-4099

Email:   MicahAdkins@ItsYourCreditReport.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2018, I filed the foregoing paper using the CM/ECF System, which will send electronic notification of the same to the following counsel of record:

L. Jackson Young, Jr.
Ferguson, Frost, Moore & Young, LLP
1400 Urban Center Drive, Suite 200
Birmingham, AL  35242

Kirkland E. Reid
Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602

Matthew W. Robinett
Norman, Wood, Kendrick & Turner
Ridge Park Place, Ste. 3000
1130 22nd Street South
Birmingham, AL 35205

Jessica Casey
Jones Day
1420 Peachtree Street, N.E.,
Suite 800
Atlanta, GA  30309-3053

*/s/ Micah S. Adkins*
Micah S. Adkins