# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SANGITA BHAGAT,** )<br>    **Plaintiff,** )<br>  )<br>**vs.** )<br>  )<br>  )<br>**EQUIFAX INFORMATION** )<br>**SERVICES, INC., et al.** )<br>    **Defendants.** ) | **CIVIL ACTION NO.:**<br>**2:17-CV-1139 KOB** |

## NOTICE OF SETTLEMENT

Plaintiff Sangita Bhagat ("Plaintiff") hereby notifies the court that Plaintiff and the sole remaining defendant, Experian Information Solutions, Inc. ("Experian") have reached a settlement in principal and are in the process of consummating the terms of the settlement agreement. Plaintiff expects to file a dismissal with prejudice with respect to her claims against Experian on or before June 4, 2018.

Respectfully submitted,

*/s/ Micah S. Adkins*
Micah S. Adkins (ASB-8639-I48A)
**THE ADKINS FIRM, P.C.**
7100 Executive Center Drive, Suite 110
Brentwood, Tennessee 37027
Telephone:  (615) 370-9659
Facsimile:   (615) 370-4099
Email:   MicahAdkins@ItsYourCreditReport.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on May 3, 2018, I served the foregoing paper by U.S. Mail postage pre-paid on the following counsel of record:

L. Jackson Young, Jr.
Ferguson, Frost, Moore & Young, LLP
1400 Urban Center Drive, Suite 200
Birmingham, AL  35242

Kirkland E. Reid
Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602

Jessica C. Casey
Jones Day
1420 Peachtree Street NE, Suite 800
Atlanta, GA 30309-3053

*/s/ Micah S. Adkins*
Micah S. Adkins