UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SANGITA BHAGAT
    PLAINTIFF,

v.

CIVIL ACTION NO.:
2:17-CV-1139 KOB

EQUIFAX INFORMATION
SERVICES, INC., ET AL.,
    DEFENDANT(S).

### JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. (ONLY)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Sangita Bhagat ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, Plaintiff's claims asserted against Experian (only), with prejudice.

Plaintiff's claims asserted against Defendant Equifax Information Services, LLC, remain before the court.

Respectfully submitted,

_____
Micah S. Adkins (ASB-8639-I48A)
**THE ADKINS FIRM, P.C.**
Mooreland Manor
7100 Executive Center Drive, Suite 110
Brentwood, Tennessee 37027-5249
615-370-9659 Phone
615-370-4099 Fax
MicahAdkins@ItsYourCreditReport.com
*Counsel for Sangita Bhagat*

1

Jessica C. Casey (admitted *pro hac vice*)
**JONES DAY**
1420 Peachtree Street NE, Suite 800
Atlanta, GA 30309-3053
Telephone: (404) 581-8582
Facsimile: (404) 581-8330
Email: jcasey@jonesday.com
*Counsel for Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on 06/08/2018, I filed the foregoing paper using the CMECF System, which will electronically serve the following counsel of record with notice of same:

L. Jackson Young, Jr.
Ferguson, Frost, Moore & Young, LLP
1400 Urban Center Drive, Suite 200
Birmingham, AL 35242

Kirkland E. Reid
Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602

Jessica C. Casey
Jones Day
1420 Peachtree Street NE, Suite 800
Atlanta, GA 30309-3053

*s/ Micah S. Adkins*
Micah S. Adkins

2