UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SANGITA BHAGAT,
    PLAINTIFF,

v.

CIVIL ACTION NO.:
2:17-CV-1139-KOB

EQUIFAX INFORMATION
SERVICES, INC., ET AL.,
    DEFENDANTS.

### JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Sangita Bhagat ("Plaintiff") and Equifax Information Services LLC ("Equifax"), hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, Plaintiff's claims asserted against the sole remaining defendant, Equifax, with prejudice.

Respectfully submitted,

*[signature]*

Micah S. Adkins
(ASB-8639-I48A)
**THE ADKINS FIRM, P.C.**
Mooreland Manor
7100 Executive Center Drive, Suite 110
Brentwood, Tennessee 37027-5249
T:    615-370-9659 Phone
F:    615-370-4099 Fax
E:    MicahAdkins@ItsYourCreditReport.com
*Counsel for Sangita Bhagat*

/s/ Kirkland E. Reid

Kirkland E. Reid (ASB-9451-158K)
Jones Walker LLP
RSA Battle House Tower
11 North Water Street, Suite 1200
Mobile, AL 36602
Telephone:(251) 439-7513
Facsimile:(251) 439-7358
Email: kreid@joneswalker.com
*Counsel for Equifax Information Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2018, I filed the foregoing paper using the CM/ECF System, which will electronically serve the following counsel of record with notice of same:

Kirkland E. Reid
(ASB-9451-158K)
Jones Walker, LLP
RSA Battle House Tower
11 North Water Street,
Suite 1200 Mobile, AL 36602

*s/ Micah S. Adkins*
Micah S. Adkins