UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SANGITA BHAGAT,
    PLAINTIFF,

v.

CIVIL ACTION NO.:
2:17-CV-1139-KOB

EQUIFAX INFORMATION
SERVICES, INC., ET AL.,
    DEFENDANTS.

### ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE

In accordance with the parties' Joint Stipulation of Dismissal of Defendant Equifax Information Services LLC, with Prejudice, filed on August 20, 2018, (Doc. 54), the court orders that this action against Equifax Information Services LLC shall be, and is, **DISMISSED WITH PREJUDICE**.  Said parties to bear their own costs and attorneys' fees and are taxed as paid.

**DONE** and **ORDERED** this 21st day of August, 2018.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE

{MB316777.1}